**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

JACQUELINE DELGADO

       Debtor

CHAPTER 13

CASE NO. 23-10862-amc

HON. ASHLEY M. CHAN

## DEBTOR'S APPLICATION TO EMPLOY PROFESSIONAL

Now comes Jacqueline Delgado through bankruptcy counsel, and makes Application pursuant to 11 U.S.C. §327 and other applicable sections of the Code and L.B.R. 2014-1 for an order authorizing the employment of counsel, Brian D. Flick, of DannLaw to represent the Debtor and the estate in a claim for damages against PennyMac. In support of Debtor's Application, Debtor states as follows:

1. This chapter 13 case was commenced on March 27, 2023.

2. A copy of the Fee Agreement is Attached (Attached and marked Exhibit A).

3. An Affidavit signed by Brian D. Flick is Attached (Attached and marked Exhibit B).

4. After confirming that the Debtor desires that Brian D. Flick continue to handle this action, the Debtor is filing an Application to Employ Counsel.

5. At the trustee's request, the "litigation language" will be incorporated into the debtor's amended post-confirmation chapter 13 plan. The "litigation language" states that "Any recovery by debtor in her claims against PennyMac litigation, in excess of applicable exemptions, shall be paid to the chapter 13 trustee in addition to debtor's plan payments, for the benefit of the unsecured creditors.

6. The Debtor has not received any proceeds from any individual or entity, including the Debtor's insurance, who may be liable for the claims of the Debtor.

7. The Debtor and Brian D. Flick by making this application acknowledge:

   a. The cause of action is property of the chapter 13 estate;

   b. Compensation of the attorney and reimbursement of costs are subject to the provisions of 11 U.S.C. §§327, 328, 329 and 330, and other applicable sections of the Code, the Bankruptcy Rules and Local Rules of the Court and to the jurisdiction of the Bankruptcy Court.

   c. No distributions shall be made of any proceeds without prior approval of the Court, after notice and opportunity for hearing.

8. The reasons for the selection of Brian D. Flick of DannLaw is based on both his and his firm's experience in mortgage loan litigation.

9. UNLESS A RESPONSE IS FILED TO THE APPLICATION WITHIN SEVEN (7) DAYS OF SERVICE HEREOF AN ORDER WILL BE SUBMITTED TO THE COURT GRANTING THIS APPLICATION.

Dated:                                      Respectfully submitted,

                                            DUNNE LAW OFFICES
                                            By attorney,

                                            /s/ Stephen M. Dunne
                                            Stephen M. Dunne, Esq.
                                            1515 Market Street, Suite 1200
                                            Philadelphia, PA 19102
                                            (215) 551-71093680
                                            Email: stephen@dunnelawoffices.com