# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Jacqueline Delgado<br>aka Jacqueline Zielinski<br><br>Debtor(s)<br>Jacqueline Delgado<br>aka Jacqueline Zielinski<br><br>Movant<br>v.<br>PENNYMAC LOAN SERVICES, LLC<br>Respondent | Chapter 13 Proceeding<br><br>23-10862-amc |

## RESPONSE TO
## APPLICATION TO EMPLOY SPECIAL COUNSEL

AND NOW, comes PENNYMAC LOAN SERVICES, LLC (Respondent) by and through its counsel, POWERS KIRN, LLC and hereby Objects to APPLICATION TO EMPLOY SPECIAL COUNSEL and avers the following:

1. Movant hereby objects to Debtor's Application to Employ Special Counsel as Brain D. Flick is not licensed to practice in the state of Pennsylvania.

2. Debtor has shown no valid reasons for retaining an out of state attorney to represent her in this bankruptcy case, especially one that is not licensed to practice law in the Commonwealth of Pennsylvania.

WHEREFORE, Respondent respectfully requests the Honorable Court ORDER:

The APPLICATION TO EMPLOY SPECIAL COUNSEL relating to the property located at 2811 Nestling Road, Philadelphia, PA 19154 is DENIED.

RESPECTFULLY SUBMITTED,
POWERS KIRN, LLC

**/s/ Jill Manuel-Coughlin, Esquire**
POWERS KIRN, LLC
Jill Manuel-Coughlin, Esquire; Atty ID # 63252
Harry B. Reese, Esquire; Atty ID #310501
Karina Velter, Esquire; Atty ID # 94781
8 Neshaminy Interplex, Suite 215
Trevose, PA 19053
215-942-2090 phone; 215-942-8661 fax
bankruptcy@powerskirn.com
Attorney for Respondent
Date: August 13, 2025