**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Jacqueline Delgado<br>aka Jacqueline Zielinski<br><br>                    Debtor(s) | Chapter 13 Proceeding<br><br>23-10862-amc |
| Jacqueline Delgado<br>aka Jacqueline Zielinski<br><br>                    Movant<br>v.<br>PENNYMAC LOAN SERVICES, LLC<br>                    Respondent | |

**ORDER**

Upon consideration of the APPLICATION TO EMPLOY SPECIAL COUNSEL and PENNYMAC LOAN SERVICES, LLC's Objection to the same, it is hereby ORDERED AND DECREED that the APPLICATION TO EMPLOY SPECIAL COUNSEL relating to the property located at 2811 Nestling Road, Philadelphia, PA  19154 is DENIED for the reasons stated on the record.

**Date: September 18, 2025**

_____
Ashely M. Chan
United States Bankruptcy Judge